UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) ) ) | CRIMINAL NO. 08CR732-JAH |
| vs. | ) ) | ORDER |
| Maria Guadalupe Castrillon-Aguilera | ) ) ) | RELEASING MATERIAL WITNESS |
| Defendant(s) | ) ) ) | Booking No. 07363298 |

On order of the United States District/<u>Magistrate Judge</u>,   **NITA L. STORMES**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed /(Order of Court)).

Nicolasa Amador-De Brenes

DATED: 3-13-08

**NITA L. STORMES**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
                DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk

by _____
        Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95                        ☆ U.S. GPO: 2003-581-774/70062